IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTINE CAMP,

       Plaintiff,                    CASE NO. 4:08cv73-SPM/AK

vs.

RESIDENTIAL ELEVATORS, INC.,

       Defendant.

_____/

## ORDER EXTENDING TIME TO RESPOND

Upon consideration, "Plaintiff's Consented Motion for Enlargement of Time in Which to Serve and File Response in Opposition to Summary Judgment, to and Including December 8, 2008" (doc. 42) is **granted**.  "Plaintiff's Response and Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment" (doc. 43) is hereby accepted as timely filed.

SO ORDERED this <u>tenth</u> day of December, 2008.

                        *s/ Stephan P. Mickle*
                        Stephan P. Mickle
                        United States District Judge