**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

CHRISTINE CAMP,

       Plaintiff,                    CASE NO. 4:08cv73-SPM/AK

vs.

RESIDENTIAL ELEVATORS, INC.,

       Defendant.
_____/

**ORDER REGARDING PRETRIAL DEADLINES**

In accordance with the oral instructions given at the pretrial conference held on February 17, 2009, it is hereby ORDERED AND ADJUDGED that:

1. Mediation shall take place prior to Monday, **February 9, 2009.**

2. If mediation proves unsuccessful, the trial shall begin on **Tuesday, February 17, 2009** in Tallahassee, Florida.

3. Final witness and exhibit lists shall be filed no later than **5:00 p.m., February 4, 2009**.

4. A joint pretrial stipulation shall be filed no later than **5:00 p.m. February 3, 2009**.

SO ORDERED this <u>third</u> day of February, 2009.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge