IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTINE H. CAMP,

    Plaintiff,

v.                                    CASE NO.: 4:08cv73-SPM-WCS

RESIDENTIAL ELEVATORS, INC.,

    Defendant.
_____/

**ORDER ALLOWING COUNSEL TO POSSESS LAPTOP COMPUTERS
BUT NOT CELLULAR TELEPHONES AND BLACKBERRIES**

       This cause comes before the Court on Defendant, Residential Elevators, Inc.'s Consented to Motion to Allow Counsel to Possess Laptop (doc. 73). In accordance with Administrative Order, 4:95MC40111, In Re: Courthouse Policy Regarding Computers, Portable Telephones, and Electronic Communication Devices, dated July 14, 2000, counsel may utilize laptop computers for trial so long as the laptop does not have the capability of recording images or voice. Cellular telephones and Blackberries are not allowed.

       SO ORDERED this 10th day of February, 2009.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge