**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

CHRISTINE CAMP,

        Plaintiff,                    CASE NO. 4:08cv73-SPM/AK

vs.

RESIDENTIAL ELEVATORS, INC.,

        Defendant.

_____/

**<u>ORDER GRANTING WITHDRAWAL OF COUNSEL</u>**

        Upon consideration by this Court, "Thomas R. Thompson, Esq.'s Motion to Withdraw as Defense Counsel of Record" (doc. 68) is hereby ***granted***.  Attorney Thomas R. Thompson is granted leave to withdraw and relieved of any further responsibility in this case.   Attorney Linda Bond, Esq., of Rumberger, Kirk & Caldwell, P.A., is substituted in his place as counsel of record for Defendant. Attorney Bond has already filed a Notice of Appearance in this case.  (doc. 27)

        DONE AND ORDERED this <u>thirteenth</u> day of February, 2009.


          *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge