IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTINE H. CAMP,

    Plaintiff,

vs.        CASE NO.: 4:08-cv-73-SPM/WCS

RESIDENTIAL ELEVATORS,

    Defendant.

_____/

**ORDER OF DISMISSAL AND DISSOLUTION OF WRIT OF GARNISHMENT**

The garnishment action has been dismissed pursuant to Plaintiff's Notice of Voluntary Dismissal (doc. 136) and Federal Rule of Civil Procedure 41(a)(1). Accordingly, the Clerk of the Court shall close the garnishment action.

DONE AND ORDERED this twenty-eighth day of August, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge